# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JEREMY JAMES LONG,

               Petitioner

        v.

YORK COUNTY PRISON; MARY SABOL, WARDEN; MICHAEL BUONO, DEPUTY WARDEN OF SECURITY; CLAIR DOLL, DEPUTY WARDEN OF TREATMENT; JOHN STEINER, DEPUTY WARDEN OF OPERATIONS; YORK COUNTY PRISON BOARD; STEVE CHRONISTER, PRISON BOARD MEMBER; DOUG HOKE, PRISON BOARD MEMBER; CHRIS REILLY, PRISON BOARD MEMBER; RICHARD KEUERLEBER, PRISON BOARD MEMBER; ROBERT GREEN, PRISON BOARD MEMBER; THOMAS KEARNEY, PRISON BOARD MEMBER; MICHAEL BORTNER, PRISON BOARD MEMBER,

               Respondents

: No. 12 MM 2015
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of March, 2015, the Application for Leave to File Original Process and the Petition for Leave to Amend are **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.